Cyrus Safa
Attorney at Law: 282971
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Vanna Britany Colbert

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| VANNA BRITANY COLBERT, | Case No.: 2:18-cv-10622-MAA |
| Plaintiff, | ORDER OF DISMISSAL |
| vs. | |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATE: August 22, 2019

　　　　　　　　　　　　/s/
THE HONORABLE MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE

-1-

DATE: August 21, 2019    Respectfully submitted,

                                   LAW OFFICES OF LAWRENCE D. ROHLFING

                                        /s/ *Cyrus Safa*
                         BY:_____
                                Cyrus Safa
                                Attorney for plaintiff Vanna Britany Colbert

**CERTIFICATE OF SERVICE**
**FOR CASE NUMBER 2:18-CV-10622-MAA**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on August 21, 2019.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Cyrus Safa*

_____
Cyrus Safa
Attorneys for Plaintiff
_____